IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IYANA FERGUSON | : | |
| | : | CIVIL ACTION |
| | : | No.: 2:23-cv-03134-JMY |
| Plaintiff | : | |
| vs. | : | |
| CITY OF PHILADELPHIA | : | |
| DEPUTY CHIEF SCOTT SLADEK, | : | |
| LT. GEORGE CUTHBERT, and | : | |
| EMS CHIEF MARTIN MCCAll | : | |
| Defendants | : | |

**DEFENDANTS' CONSENT TO PLAINTIFF FILING HER AMENDED COMPLAINT**

Pursuant to Rule 15 (a) (2) of the Federal Rules of Civil Procedure, Defendants consent to Plaintiff's filing her Amended Complaint to include the new Title VII claims against the City of Philadelphia for which she just received a right to sue notice from the EEOC.

**PIETRAGALLO GORDON ALFANO BOSICK AND RASPANTI, LLP**

*/s/ Christopher A. Iacono*
Christopher A. Iacono, Esquire (202257)
1818 Market Street, Suite 3402
Philadelphia, PA 19103
cai@pietragallo.com
(215) 320-6200 (Telephone)
(215) 981-0082 (Telecopy)
*Counsel for Defendants,*
*City of Philadelphia,*
*Deputy Chief Scott Sladek,*
*EMS Chief Martin McCall and*
*Lt. George Cuthbert*

Dated: December 4, 2023